[Nos. 27704-9-I; 27927-1-I.   Division One.   November 23, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. MACK LON
SHORT, *Appellant*.

Appeals from a judgment of the Superior Court for King
County, No. 90-1-04211-8, Robert E. Dixon, J., entered
January 4, 1991. *Affirmed* by unpublished opinion per
Baker, J., concurred in by Pekelis and Forrest, JJ.

[No. 28023-6-I.   Division One.   November 23, 1992.]

CHRIS DEMOPOLIS, ET AL, *Appellants*, v. METROPOLITAN
FEDERAL SAVINGS & LOAN ASSOCIATION,
*Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 89-2-15663-6, Anthony P. Wartnik, J., entered
February 12, 1991. *Affirmed* by unpublished opinion per
Forrest, J., concurred in by Grosse, C.J., and Scholfield, J.

[No. 29371-1-I.   Division One.   November 23, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM
JEFFREY HARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-05112-5, Jim Bates, J., entered October 10,
1991. *Affirmed* by unpublished opinion per Baker, J., con-
curred in by Coleman and Pekelis, JJ.